IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL GEOFFREY PETERS, (TDCJ #02019190) | § § § | |
| Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. H-18-3204 |
| LORIE DAVIS, | § § § § | |
| Respondent. | § | |

**ORDER OF DISMISSAL**

For the reasons set forth in the court's memorandum and order of even date, this civil action is dismissed without prejudice for want of jurisdiction.

SIGNED on January 7, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge